IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RREF SNV ACQUISITIONS,       )
LLC,                         )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      3:11cv1076-MHT
                             )           (WO)
TIMOTHY P. THOMASON &        )
SABRA MICHELLE THOMASON,     )
                             )
    Defendants.              )
```

CONSENT JUDGMENT

By agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff RREF SNV Acquisitions, LLC's motion for summary judgment (doc. no. 26) is granted and that judgment is entered in favor of plaintiff RREF SNV Acquisitions, LLC and against defendants Timothy P. Thomason and Sabra Michelle Thomason, jointly and severally.

(2) Plaintiff RREF SNV Acquisitions, LLC shall have and recover from the Thomason defendants, jointly and severally, the sum of $ 1,763,893.05, which is comprised

of the outstanding principal and accrued interest owing on Loans 1 and 2 as of November 2, 2012, plus attorneys fees and costs of collection in the amount of $ 44,299.74, and plus post-judgment interest thereon at the statutory rate.

(3) Plaintiff RREF SNV Acquisitions, LLC shall have and recover from the Thomason defendants jointly and severally, the additional sum of $ 46,190.18, which is comprised of the outstanding principal and accrued interest owing on Loan 3 as of November 2, 2012, plus post-judgment interest thereon at the statutory rate.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of November, 2012.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE