IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| RREF SNV ACQUISITIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 3:11cv1076-MHT ) (WO) |
| TIMOTHY P. THOMASON & SABRA MICHELLE THOMASON, | ) ) ) |
| Defendants. | ) |

### JUDGMENT

By final judgment entered November 16, 2012 (Doc. No. 42), plaintiff RREF SNV Acquisitions, LLC is to have and recover from defendants Timothy S. Thomason and Sabra Michelle Thomason, jointly and severally, the sum of $ 1,763,893.05, plus attorneys fees and costs of collection in the amount of $ 44,299.74, and plus post-judgment interest at the statutory rate.  Further, RREF SNC is to have and recover from the Thomason defendants, jointly and severally, the additional sum of $ 46,190.18, plus post-judgment interest at the statutory rate.  A writ

of garnishment (Doc. No. 65) was entered against garnishee Phenix-Girard Bank on January 25, 2013, claiming that the bank was indebted to defendant Timothy Thomason or had his effects in its possession or control and that garnishment was necessary to satisfy the judgment.  Phenix-Girard Bank then filed an answer (Doc. No. 72) stating that it had $ 165.61 belonging to Timothy Thomason and was holding those funds subject to further order of this court.  On February 13, 2013, this court ordered the parties to this litigation to show cause in writing by March 1, 2013 (Doc. No. 87), as to why final judgment should not be entered against the bank as garnishee, as prescribed by the writ of garnishment.  No one responded to the show cause order.

\*\*\*

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered against garnishee Phenix-Girard Bank and that garnishee Phenix-Girard Bank shall pay into the registry of the United States District Court, Montgomery, Alabama, sufficient sums, as prescribed

in the writ of garnishment, from funds belonging to defendant Timothy Thomason.

It is further ORDERED that the dissolution order (Doc. No. 94) is vacated, because it was entered in error.

DONE, this the 20th day of March, 2013.

                                      /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE