IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| RREF SNV ACQUISITIONS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TIMOTHY P. THOMASON & )<br>SABRA MICHELLE THOMASON, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:11cv1076-MHT<br>(WO) |

### ORDER

There being no objection, within 15 days, to the filing of the final report (doc. no. 106), it is ORDERED that the final report is approved and the receiver is fully and forever released and discharged from any and all liability as receiver of the receivership property as set forth in the final report.

DONE, this the 8th day of January, 2014.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE