IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RREF SNV III-AL TPT, LLC,   )
real party in interest,     )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )      3:11cv1076-MHT
                            )          (WO)
TIMOTHY P. THOMASON &       )
SABRA MICHELLE THOMASON,    )
                            )
     Defendants.            )
```

### ORDER

It is ORDERED that the clerk of court shall pay to the substituted plaintiff, RREF SNV III-AL TPT, LLC, $ 165.61, which is the amount received from garnishee Phenix-Girard Bank pursuant to the judgment requiring said garnishee to pay into the court registry all funds belonging to defendant Timothy Thomason. *See* Judgment (Doc. 102).

DONE, this the 12th day of January, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE